# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. 01-cr-3046** |
| | ) | |
| | ) | |
| ANGELA JOHNSON, | ) | |
| | ) | |
| **Defendant.** | ) | |

## PROPOSED SCHEDULING ORDER

Per this Court's Request of June 2, 2009, please find the following joint Proposed

Scheduling Order.

| | |
|---|---|
| Anticipated filing date of Ms. Johnson's Motion pursuant to 28 U.S.C. § 2255 | October 5, 2009 |
| Court's Preliminary Review Pursuant to Rule 4 | 30 days after filing of Ms. Johnson's § 2255 Motion |
| Government's Reply to the Motion | 90 days after filing of Ms. Johnson's § 2255 Motion |
| Requests for Discovery per Rule 6 | To Coincide with Government's Reply |
| Reply to Discovery Requests | 14 days after Filing of Discovery Request |
| Ms. Johnson' Traverse | 60 days after filing of Government's Reply |
| Requests for Expansion of the Record per Rule 7 | To Coincide with Traverse |

Hearing                                  To be determined during
                                         conference call with Court[1]


                                         Respectfully submitted,


/s_____              /s_____
CJ Williams                         Michael E. Lawlor
U.S. Attorney's Office              Lawlor & Englert, LLC
Northern District of Iowa           6305 Ivy Lane
401 First Street, SE                Suite 608
Hach Building, Suite 400            Greenbelt, Maryland  20770
Cedar Rapids, IA 52401-1825         301.474.3404
319.363.0091

---

[1]  The Court, in its letter to Counsel dated June 2, 2009, indicated a preference for a hearing seven months after the filing of Ms. Johnson's Motion.   Counsel for the Government is available for a hearing in that time frame.  Counsel for Ms. Johnson has the current matters scheduled in 2010:

State v. Lee Stephens, Case No. L-08-646, in the Circuit Court for Anne Arundel County. State death penalty trial to commence on February 8, 2010 and is expected to last approximately 8-10 weeks.

United States v. Johnny Holmes, Case No. DKC-08-328, in the United States District Court for the District of Maryland.  Fifteen defendant drug conspiracy.  Trail is scheduled to commence on April 6, 2010 and last approximately 8 weeks.

United States v. Isaac Smith, Case No. RWT 09-0213, in the United States District Court for the District of Maryland.  Four defendant, $70 million fraud conspiracy.  Trial is scheduled to commence on June 1, 2010 and last approximately six weeks.

Counsel for the Government and for Ms. Johnson have discussed the matter and feel that, given the conflicts of Ms. Johnson's counsel, a conference call with the Court would be the easiest way to resolve the matter and select appropriate hearing dates.