# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CENTRAL DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ANGELA JOHNSON,

        Defendant.

No. CR 01-3046-MWB

**SCHEDULING ORDER**

_____

This matter comes before the court pursuant to the parties' August 1, 2009, Proposed Scheduling Order (docket no. 801) on defendant Johnson's anticipated § 2255 Motion. The court held a telephonic scheduling conference with the parties on August 13, 2009, and pursuant to that conference, the court sets the following deadlines and dates for an evidentiary hearing on defendant Johnson's anticipated § 2255 Motion:[1]

| | |
|---|---|
| Anticipated filing date of defendant Johnson's § 2255 Motion | October 5, 2009 |
| Defendant Johnson's initial discovery requests pursuant to Rule 6 | With the filing of the § 2255 Motion. Discovery requests are to be served, but not filed. Leave of court for discovery pursuant to Rule 6(a) and requests for discovery pursuant to Rule 6(b) are not required. Responses to discovery requests shall be served (but not filed) 14 days after service of the discovery requests. |

---

[1]References to rules are to the Rules Governing Section 2255 Proceedings For the United States District Courts.

| | |
|---|---|
| Court's preliminary review pursuant to Rule 4 | Within 7 days after filing of the § 2255 Motion |
| Government's Answer pursuant to Rule 5 | 30 days after the filing of the court's Preliminary Review Order |
| Supplemental discovery requests by defendant Johnson and any requests for discovery by the government pursuant to Rule 6 | Within 60 days of the filing of the § 2255 Motion. Leave of court for discovery pursuant to Rule 6(a) and requests for discovery pursuant to Rule 6(b) are not required. Discovery requests are to be served, but not filed. Responses to discovery requests shall be served (but not filed) 14 days after service of the discovery requests. |
| Defendant Johnson's Reply pursuant to Rule 5 | 30 days after the filing of the Government's Answer |
| Defendant Johnson's Hearing Brief | 45 days before the scheduled evidentiary hearing |
| Government's Hearing Brief | 30 days before the scheduled evidentiary hearing |
| Evidentiary hearing | Primary date May 3, 2010, for five days; back-up date July 12, 2010, for five days |
| Celebration of attorney Lawlor's birthday | July 15, 2010 |
| Defendant Johnson's Post-Hearing Brief | 14 days after the conclusion of the evidentiary hearing |
| Government's Post-Hearing Brief | 14 days after the filing of defendant Johnson's Post-Hearing Brief |
| Defendant Johnson's Post-Hearing Reply Brief | 7 days after the filing of the government's Post-Hearing Brief |

2

Deadlines that would otherwise fall on a weekend or holiday automatically move to the next court day.

The court and the parties agreed at the scheduling conference that any expansion of the record, as provided in Rule 7, shall occur at the evidentiary hearing, although the parties are not precluded from requesting expansion of the record pursuant to Rule 7 prior to the hearing.

Requests to modify or extend the deadlines stated herein shall be in writing and filed with the Clerk of Court, shall allege circumstances constituting good cause for the requested modification or extension, and shall indicate whether the opposing party has been consulted and whether the opposing party agrees to the requested modification or extension.

**IT IS SO ORDERED.**

**DATED** this 14th day of August, 2009.

MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA

3